IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ANTHONY GREEN, JR.,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-25-CV-00538-DB |
| | § | |
| **FRANK BISIGNANO,** *Commissioner of* | § | |
| *the Social Security Administration*, | § | |
| Defendant. | § | |

**ORDER**

On this day, the Court considered United States Magistrate Judge Anne Berton's ("Judge Berton") "Report & Recommendation" ("R & R"), ECF No. 5, filed on November 21, 2025, as well as Plaintiff Anthony Green, Jr.'s ("Plaintiff") "Motion for Extension of Time to Pay the Required Filing Fee," ECF No. 6, filed on December 4, 2025.

On November 21, 2025, Judge Berton entered her R&R recommending that this Court deny Plaintiff's "Motion to Proceed *In Forma Pauperis*," ECF No. 1, and that Plaintiff be given fourteen days after entry of the instant Order to pay the civil filing fee. ECF No. 5 at 4. Neither party filed any objections to the R&R within fourteen days to ensure this Court's *de novo* review of Judge Berton's order. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(l). After due consideration of the arguments, and because this Court finds no clear error, the R&R is adopted in part based on Plaintiff's "Motion for Extension of Time to Pay the Required Filing Fee," ECF No. 6.

In his Motion for Extension of Time, Plaintiff requests an additional thirty days to remit the civil filing fee. *Id.* at 2. After due consideration, and in light of Plaintiff's stated financial constraints, *see* ECF No. 6 at 1–2, the Court finds that a thirty-day extension is appropriate.

Plaintiff shall pay the filing fee by the deadline stated herein. Otherwise, this matter will be dismissed without prejudice and without further notice.

Accordingly, it is **HEREBY ORDERED** that the United States Magistrate Judge Anne Berton's "Report and Recommendation," ECF No. 5, is **ADOPTED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff Anthony Green, Jr.'s Motion to Proceed *In Forma Pauperis*, ECF No. 1, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Anthony Green, Jr.'s "Motion for Extension of Time to Pay the Required Filing Fee," ECF No. 6, is **GRANTED**.

**IT IS FINALLY ORDERED** that Plaintiff Anthony Green, Jr. **PAY** the full filing fee within **thirty (30) days** of this order. Otherwise, this matter shall be dismissed without prejudice and without further notice.

**SIGNED** this **8th** day of **December 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE